IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERI LAMPLOT, JOEL LAMPLOT, RICHARD SMITH, DONNA SMITH, PATRICK HOYT, JOANNE HOYT, LEON BRUNS, LARRY KRUSEMARK, and LEONARD PETERS,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVE HEINEMAN, JON C. BRUNING, MARY JANE EGR EDSON, JANET A. LAKE, and GENE NILAN,<br><br>          Defendants. | 4:06CV3075<br><br><br>REASSIGNMENT ORDER |

It has come to this court's attention that an error has occurred in the judge draw in this case.

THEREFORE, IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for pretrial supervision.

DATED this 30th day of March, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge