IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERI LAMPLOT, JOEL LAMPLOT, RICHARD SMITH, DONNA SMITH, PATRICK HOYT, JOANNE HOYT, LEON BRUNS, LARRY KRUSEMARK, and LEONARD PETERS,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOVERNOR DAVE HEINEMAN, In his individual capacity and official capacity as Governor of the State of Nebraska, JON C. BRUNING, In his individual capacity and official capacity as Attorney General of the State of Nebraska, MARY JANE EGR EDSON, In her individual capacity and official capacity as Tax Commissioner for the State of Nebraska, JANET A. LAKE, In her individual capacity and official capacity as Administrator, Nebraska Department of Revenue, Motor Fuels Division, and GENE NILAN, In his individual capacity and official capacity as Manager, Nebraska Department of Revenue, Motor Fuels Division,<br><br>    Defendants. | 4:06CV3075<br><br><br><br>ORDER |

  This matter is before the court on the defendants' Motion to Stay Discovery (Filing No. 15) and the Parties' Stipulation Regarding Scheduling (Filing No. 17). The parties have agreed to a stay and to a briefing schedule related to the defendants' motion to dismiss (Filing No. 13). Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion to Stay Discovery (Filing No. 15) is granted.

2. The Parties' Stipulation Regarding Scheduling (Filing No. 17) is adopted. The parties shall comply with the following scheduling dates:

   a. The plaintiffs shall serve and file their brief in opposition to the defendants' Motion to Dismiss (Filing No. 13) **on or before June 15, 2006**.

   b. The defendants shall serve and file their reply brief in further support of their Motion to Dismiss **on or before June 27, 2006**.

3. The parties shall have **thirty (30) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 13), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f).

Dated this 25th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge