# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERI LAMPLOT, JOEL LAMPLOT, RICHARD SMITH, DONNA SMITH, PATRICK HOYT, JOANNE HOYT, LEON BRUNS, LARRY KRUSEMARK, and LEONARD PETERS, | 4:06CV3075 |
| Plaintiffs, | |
| v. | ORDER |
| GOVERNOR DAVE HEINEMAN, In his individual capacity and official capacity as Governor of the State of Nebraska, JON C. BRUNING, In his individual capacity and official capacity as Attorney General of the State of Nebraska, MARY JANE EGR EDSON, In her individual capacity and official capacity as Tax Commissioner for the State of Nebraska, JANET A. LAKE, In her individual capacity and official capacity as Administrator, Nebraska Department of Revenue, Motor Fuels Division, and GENE NILAN, In his individual capacity and official capacity as Manager, Nebraska Department of Revenue, Motor Fuels Division, | |
| Defendants. | |

This matter came before this Court on the Parties' Stipulation Regarding Scheduling (Filing No. 19). The parties seek an extension of the deadlines to brief the defendants' motion to dismiss (Filing No. 13). Upon consideration,

**IT IS ORDERED**:

The Parties' Stipulation Regarding Scheduling (Filing No. 19) is adopted. The Parties shall comply with the following scheduling dates:

a. The plaintiffs shall serve and file their brief in opposition to the defendants' Motion to Dismiss (Filing No. 13) **on or before June 27, 2006**.

b. The defendants shall serve and file their reply brief in further support of the defendants' Motion to Dismiss **on or before July 10, 2006**.

DATED this 8th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge